August 27, 2010

Ms. Ida Cecilia Garza
Hole & Alvarez, L.L.P.
612 W Nolana, Suite 370
McAllen, TX 78504
Ms. Savannah Robinson
Law Office of Savannah Robinson
1822 Main St.
Danbury, TX 77534

RE: Case Number: 09-0159
 Court of Appeals Number: 13-08-00054-CV
 Trial Court Number: CL-07-2080-E

Style: SAMUEL GARCIA, JR., M.D.
 v.
 MARIA GOMEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF
 OFELIA MARROQUIN, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued opinions and enclosed judgment
in the above-referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Arturo Guajardo|
| |Jr. |
| |Ms. Dorian E. |
| |Ramirez |